# ELECTRONIC RECORD

855-15
856-15
857-15

COA # 05-14-01081-CR          OFFENSE: 22.021

STYLE: Richard Balderas v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRMED AS MODIFIED          TRIAL COURT: 203rd Judicial District Court

DATE: 06/18/15          Publish: NO          TC CASE #: F-1141658-P

---

## IN THE COURT OF CRIMINAL APPEALS

855-15
856-15
857-15

STYLE: Richard Balderas v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 10/14/2015

JUDGE: Per Curiam

CCA #: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____